ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORANGE COUNTY CHOPPERS, INC., a New York corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>OLAES ENTERPRISES, INC. d/b/a ODM, a California corporation,<br><br>                Defendant. | 06 CV 7211 (WCC)<br><br>**THIRD STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIMS**<br><br>ECF CASE |
| OLAES ENTERPRISES, INC. d/b/a ODM, a California corporation,<br><br>                Counterplaintiff,<br><br>vs.<br><br>ORANGE COUNTY CHOPPERS, INC., a New York Corporation, VENDING SUPPLY, INC., a Nevada corporation, INTERBRAND, LLC, a Delaware limited liability corporation, BRIEFLY STATED, INC., a New York corporation, C-LIFE GROUP LTD, a New York corporation, PLASTICOLOR MOLDED PRODUCTS, INC., a California corporation, ROBISON'S, INC. d/b/a POWRE TRIP, an Idaho corporation and THE HUT LLC, a California limited liability company,<br><br>                Counterdefendants. | |

      IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE UNDERSIGNED PARTIES, by and through their respective counsel, as follows:

      The undersigned parties hereby jointly consent and agree that the time for Counterdefendant Briefly Stated, Inc. ("Briefly Stated") to answer the First Amended

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NEWYORK.5...

E-
COPIES MAILED TO COUNSEL OF RECORD

Counterclaims is hereby extended from January 28, 2008 to and including February 4, 2008.

Dated: New York, New York
January 25, 2008

    SALANS

    By: _____
        John J. Hay (JH 3695)
        Alison G. Naidech (AN 6010)
    Attorneys for Briefly Stated, Inc.
    620 Fifth Avenue
    New York, NY 10020
    212-632-5500

    LAW OFFICE OF DARREN J. QUINN

    By: _____
        Darren J. Quinn (DQ 9914)
    Attorneys for Olaes Enterprises, Inc. d/b/a
        ODM.
    12702 Via Cortina Suite 105
    Del Mar, CA 92401
    858-509-9401

SO ORDERED:

_____
Judge William C. Conner
Sr. United States District Judge

dated Jan. 30, 2008
      White Plains, NY

-2-

NEWYORK.548086.1