UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORANGE COUNTY CHOPPERS, INC., a New York corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>OLAES ENTERPRISES, INC. d/b/a ODM, a California corporation,<br><br>               Defendant.<br><br>OLAES ENTERPRISES, INC. d/b/a ODM, a California corporation,<br><br>               Counterplaintiff,<br><br>vs.<br><br>ORANGE COUNTY CHOPPERS, INC., a New York Corporation, VENDING SUPPLY, INC., a Nevada corporation, INTERBRAND, LLC, a Delaware limited liability corporation, BRIEFLY STATED, INC., a New York corporation, C-LIFE GROUP LTD, a New York corporation, PLASTICOLOR MOLDED PRODUCTS, INC., a California corporation, ROBISON'S, INC. d/b/a POWRE TRIP, an Idaho corporation and THE HUT LLC, a California limited liability company,<br><br>               Counterdefendants. | 06 CV 7211 (WCC)<br><br>**FOURTH STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COUNTERCLAIMS**<br><br>ECF CASE |

  IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE UNDERSIGNED PARTIES, by and through their respective counsel, as follows:

  The undersigned parties hereby jointly consent and agree that the time for Counterdefendant Briefly Stated, Inc. ("Briefly Stated") to answer the First Amended



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

NEWYORK.548086.1

E-
COPIES MAILED TO COUNSEL OF RECORD

Counterclaims is hereby extended from February 4, 2008 to and including February 18, 2008.

Dated: New York, New York
       February 1, 2008

                                        SALANS

                                        By: _____
                                              John J. Hay (JH 3695)
                                              Alison G. Naidech (AN 6010)
                                          Attorneys for Briefly Stated, Inc.
                                          620 Fifth Avenue
                                          New York, NY 10020
                                          212-632-5500

                                        LAW OFFICE OF DARREN J. QUINN

                                        By: _____
                                              Darren J. Quinn (DQ 9914)
                                          Attorneys for Olaes Enterprises, Inc. d/b/a
                                                ODM.
                                          12702 Via Cortina Suite 105
                                          Del Mar, CA 92401
                                          858-509-9401

SO ORDERED:

_____
Judge William C. Conner
Sr. United States District Judge

dated Feb. 5, 2008
White Plains, NY