UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORANGE COUNTY CHOPPERS, INC., a New York Corporation,

    Plaintiff-Counterdefendant,

vs.

OLAES ENTERPRISES, INC. d/b/a ODM, a California Corporation,

    Defendant-Counterplaintiff,

vs.

ORANGE COUNTY CHOPPERS, INC., a New York corporation, VENDING SUPPLY, INC., a Nevada corporation, INTERBRAND, LLC, a Delaware limited liability corporation, BRIEFLY STATED, INC., a New York corporation, C-LIFE GROUP LTD, a New York corporation, PLASTICOLOR MOLDED PRODUCTS, INC., a California corporation, ROBISON'S, INC. d/b/a POWER TRIP, an Idaho corporation, and THE HUT LLC, a California limited liability company,

    Counterdefendants.

---

Hon. William C. Connor

Civil Action No.
06-CV-7211 (WCC)

ECF CASE

**CONSENT TO CHANGE ATTORNEYS**

**IT IS HEREBY CONSENTED** that **Harvey and Mumford LLP**, with an office located at 7 Southwoods Boulevard, Albany, New York 12211, be substituted as attorneys of record for the Counterdefendant THE HUT LLC in the above-entitled action in place and in stead of **Eisenberg Tanchum & Levy** as of the date hereof.

Facsimile signatures shall be deemed originals for purposes of this Consent, and the parties agree that the Consent may be filed with the Court with such facsimile signatures.

Dated: Albany, New York
      February ___, 2008

**HARVEY AND MUMFORD LLP**

By: _____
Jonathan P. Harvey (JH 8690)
*In-Coming Counsel for Additional
Counterdefendant The Hut LLC*
Office and Post Office Address
7 Southwoods Boulevard
Albany, New York 12211
Telephone: (518) 463-4491
Facsimile: (518) 463-5665

Dated: New York, New York
      February ___, 2008

**EISENBERG TANCHUM & LEVY**

By: _____
Stewart L. Levy (SL 2892)
*Out-going Counsel for Additional
Counterdefendant The Hut LLC*
Office and Post Office Address
675 Third Avenue
New York, New York 10017
Telephone: (212) 599-0777
Facsimile: (212) 599-0770

**THE HUT LLC**

By: _____

STATE OF ~~CALIFORNIA~~ NEVADA )
COUNTY OF CLARK ) ss.:

On the 13 day of February, 2008, before me personally came MICHAEL KRASSNER to me known to be the same person described in and who executed for the foregoing consent and acknowledged to me that she executed the same.

_____
Notary Public

RHEA D. ALCANTARA
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 05-101808-1
MY APPT. EXPIRES AUG 17, 2009