Trudy L. Boulia (XXXXXX)
HARVEY AND MUMFORD LLP
677 Broadway
Albany, New York 12207
Tel: (518) 463-4491

*Counsel for counterdefendants, A.D. Sutton & Sons, Inc., Bio World Merchandising, Inc. d/b/a Bio Domes Headgear, Boston America Corp., Briefly Stated, Inc., Clean Fun Promotional Marketing, Inc., C-Life Group, Ltd., Coffee Legends, Inc., Desperate Enterprises, Inc., Horizon NY Inc., Houston Harvest, Inc., Innovative Designs LLC, Jack Guttman, Inc., d/b/a Bakery Crafts, Kolder, Inc., Plasticolor Molded Products, Inc., Robison's, Inc. d/b/a Power Trip, Spectore Corp., Stretch-O-Rama, Inc. d/b/a Longstreet, Technicraft Industries, Inc., The Hut LLC, Unisystems, Inc. d/b/a Modern Publishing, Vending Supply, Inc., Whiteside Manufacturing Company, W.R. Case & Sons Cutlery and You and Me Legwear LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

ORANGE COUNTY CHOPPERS, INC., a New York Corporation,
: 
: Plaintiff, : Hon. Colleen McMahon
: 
vs. : Civil Action No.
: 06-CV-7211 (CM)
OLAES ENTERPRISES, INC. d/b/a ODM, a California Corporation, :
: **ECF CASE**
Defendant. :

-------------------------------------------------------------------

OLAES ENTERPRISES, INC. d/b/a ODM, a California Corporation,
: **CERTIFICATE OF**
: **SERVICE BY MAIL**
Counterplaintiff, :
:
vs. :
:
ORANGE COUNTY CHOPPERS, INC., a New York Corporation, ORANGE COUNTY CHOPPERS MERCHANDISING LLC, a New York limited liability company, ORANGE COUNTY CHOPPERS LICENSING LLC, a New York limited liability company, A.D. SUTTON & SONS, INC., a New York corporation, BOX LIMITED, a United Kingdom business entity, BIKERS SPORT DESIGN LLC, a North Carolina limited liability company, BIO WORLD MERCHANDISING, INC. d/b/a BIO DOMES HEADGEAR, a Texas corporation, BOSTON AMERICA CORP., a Massachu-

setts corporation, BRIEFLY STATED, INC., a New York       :
corporation, W.R. CASE & SONS CUTLERY, a                  :
Pennsylvania corporation, CLEAN FUN PROMOTIONAL :
MARKETING, INC., a California business entity, C-LIFE     :
GROUP LTD., a New York corporation, COFFEE                :
LEGENDS, INC., an Arkansas corporation, CYCLE             :
EXPRESS, INC., a New York corporation, DESPERATE          :
ENTERPRISES, INC., a Nevada corporation,                  :
EVANDALE GIFTS LLC, a New York limited liability          :
company, HORIZON NY INC., a New York corporation,         :
HOUSTON HARVEST, INC., a Delaware corporation,            :
INNOVATIVE DESIGNS LLC, a New York limited                :
liability company, JACK GUTTMAN, INC. d/b/a               :
BAKERY CRAFTS, an Ohio corporation, KOLDER,               :
INC., a Texas corporation, LITTLE KIDS PREFERRED          :
LLC, a New Jersey limited liability company, STRETCH-     :
O-RAMA, INC. d/b/a LONGSTREET, a New York                 :
corporation, MITCH DOWD, an Australian business           :
entity, UNISYSTEMS, INC. d/b/a MODERN                     :
PUBLISHING, a Delaware corporation, NATIONAL              :
PRODUCTS LIMITED, a Hong Kong business entity,            :
NEET FEET LTD., an Australian business entity,            :
PLASTICOLOR MOLDED PRODUCTS, INC., a                      :
California corporation, PLAY CORP LTD., an Australian     :
business entity, ROBISON'S, INC. d/b/a POWER TRIP,        :
an Idaho corporation, SPECTORE CORP., a Delaware          :
corporation, TECHNICRAFT INDUSTRIES, INC., a              :
Massachusetts corporation, THE HUT LLC, a California      :
limited liability company, VENDING SUPPLY, INC., a        :
Nevada corporation, WHITESIDE MANUFACTURING               :
COMPANY, an Ohio corporation, and YOU AND ME              :
LEGWEAR LLC, a New York limited liability company,        :
                                                          :
        Counterdefendants.                          :
-----------------------------------------------------------

    I hereby certify that, on the 4th day of September, 2009, I caused service to be made of true and correct copies of the following:

    (1)    Joint Notice of Motion;
    (2)    Affirmation of Jonathan P. Harvey with Exhibits A through H;
    (3)    Memorandum of Law in Support of Motion to Withdraw as Counsel, Submit Papers, *In Camera*, and File Under Seal;

via regular mail upon the following:

David Sutton
A.D. Sutton & Sons, Inc.
20 West 33rd Street, 2nd Floor
New York, New York 10001

Steve Roberts, Controller
Bio World Merchandising, Inc.
2111 W. Walnut Hill Lane
Irving, Texas 75038

Matt Kavet, President
Boston America Corp.
325 New Boston Street, Unit #17
Woburn, Massachusetts 01801

Bradley Egna, President
Briefly Stated, Inc.
1359 Broadway, Room 1800
New York, New York 10018-7102

Hymah Shamah, President
C-Life Group, Ltd.
1400 Broadway, Suite 700
New York, New York 10018

Greg Washer, President
Clean Fun Promotional Marketing, LLC
3187 Pullman Street
Costa Mesa, California 92626

Joe Steinberg, President
Coffee Legends, Inc.
18 River Valley Road
Little Rock, Arkansas 72227-1505

Dan Hutchings, President
Desperate Enterprises, Inc.
Post Office Box 603
Sharon Center, Ohio 44274

Mark J. Wasserman, General Counsel
Jack Guttman, Inc. d/b/a Bakery Crafts
3522 Herschel View Street
Cincinnati, Ohio 45208

Virinder S. Bindra, Vice President
Horizon NY Inc.
530 7th Avenue, Room 501
New York, New York 10018

Connie Larson, CFO
Signature Brands LLC
3501 Mt. Prospect Road
Franklin Park, Illinois 60131

Michael L. Krassner
The Hut LLC
1515 Masonic Avenue
San Francisco, California 94117

Doug Haber, President
Innovative Designs, LLC
358 5th Avenue, Suite 302
New York, New York 10001

Ryan Meyer, Vice President
Kolder, Inc.
1601 North Closner Boulevard
Edinburg, Texas 78541

Matt Bagne, President
Plasticolor Molder Products, Inc.
801 South Acacia Avenue
Fullerton, California 92831

Randy Robison, President
Robison's, Inc. d/b/a Power Trip
Post Office Box 2826
925 Turnbull Drive
Idaho Falls, Idaho 83401

Nancy Zimmer, COO
Spectore Corp.
510 Goolsby Boulevard
Deerfield Beach, Florida 33442

Arnold Dunn, CFO
Stretch-O-Rama, Inc. d/b/a Longstreet
20 West 33rd Street, 12th Street
New York, New York 10001

Steven Krintzman, President
Technicraft Industries, Inc.
32 Forest Gate
Yarmouth Port, Massachusetts 02675

Warren Cohen, Executive VP & CFO
Unisystems, Inc. d/b/a Modern Publishing
155 East 55th Street
New York, New York 10022

Sherrie Backman, President
Vending Supply, Inc.
4305 Cutting Horse Circle
Reno, Nevada 89509

Thomas E. Arrowsmith, President
W.R. Case & Sons Cutlery
Post Office Box 4000
Owens Way
Bradford, Pennsylvania 16701

Kirt Whiteside, President
Whiteside Manufacturing Company
Post Office Box 322
Delaware, Ohio 43015

Albert Cohen, President
You and Me Legwear LLC
10 West 33rd Street, Suite 300
New York, New York 10001

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2009

*Trudy Boulia*
Trudy L. Boulia, Esq.