

Thomas G. Bailey, Jr. (TB 2099)
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 949-2700

Darren J. Quinn (DQ 9914)
Alexander E. Papaefthimiou (AP 0623)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

*Counsel for Defendant-Counterplaintiff
Olaes Enterprises, Inc. d/b/a ODM*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| ORANGE COUNTY CHOPPERS, INC., ) | Hon. Colleen McMahon |
| Plaintiff, ) | |
| ) | 06 Civ 07211 (CM) (PED) |
| -against- ) | |
| ) | **ECF CASE** |
| OLAES ENTERPRISES, INC. d/b/a ODM, ) | |
| ) | **STIPULATION AND ORDER TO** |
| Defendant- Counterclaim Plaintiff ) | **DISMISS WITH PREJUDICE** |
| ) | **COMPLAINT AGAINST OLAES** |
| -against- ) | **ENTERPRISES, INC. AND** |
| ) | **COUNTERCLAIMS AGAINST** |
| ORANGE COUNTY CHOPPERS, INC., ) | **COUNTER DEFENDANTS** |
| ORANGE COUNTY CHOPPERS ) | **ORANGE COUNTY CHOPPERS,** |
| MERCHANDISING LLC, and ORANGE COUNTY ) | **INC., ORANGE COUNTY** |
| CHOPPERS LICENSING LLC, ) | **CHOPPERS MERCHANDISING,** |
| ) | **LCC, AND ORANGE COUNTY** |
| Counterclaim Defendants. ) | **CHOPPERS LICENSING, LLC** |
| ) | [FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties that the complaint by Orange County Choppers, Inc. against defendant Olaes Enterprises, Inc. d/b/a ODM be, and hereby is, dismissed, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED by and between the parties that the counterclaim by Counterplaintiff Olaes Enterprises, Inc. d/b/a ODM against Counterdefendants Orange County Choppers Merchandising LLC, Orange County Choppers, Inc. and Orange Choppers Licensing LLC *only* be, and hereby is, dismissed, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

ODM's counterclaim against the remaining counter-defendants with respect to related and severed case number 06 Civ 7211a is not dismissed by this stipulation.

Dated: October 13, 2009

LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn (DQ 9914)

By: *[signature]*
Darren J. Quinn

12702 Via Cortina Suite 105
Del Mar, CA 92014
(858) 509-9401
BLEAKLEY PLATT & SCHMIDT, LLP
Thomas G. Bailey, Jr. (TB 2099)
One North Lexington Avenue
White Plains, New York 10601

(914) 949-2700

*Attorneys for Defendant-Counterplaintiff*
*Olaes Enterprises, Inc. d/b/a ODM*

October 13, 2009

NOLAN & HELLER

By: _____
Richard H. Weiner, Esq.
(RW 5660)

39 North Pearl Street, 3rd Floor
Albany, New York 12207
(518) 449-3300

*Attorneys for Plaintiff-Counterdefendant Orange County Choppers, Inc., and Counter defendants Orange County Choppers Merchandising, LLC, and Orange County Choppers Licensing, LLC*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

10-14-09

2