UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ORANGE COUNTY CHOPPERS, INC.,

        Plaintiff,

    -against-                                    06 Civ. 7211 (CM)(PED)

OLAES ENTERPRISES, INC., d/b/a ODM,

        Defendant,

    -against-

ORANGE COUNTY CHOPPERS, INC., et al.,

        Counterclaim Defendants.

---------------------------------------------------------------x

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION AND ADOPTING HIS REPORT CONCERNING LEGAL FEES**

McMahon, J.:

    The Court, exercising supplemental jurisdiction in this copyright infringement action, referred the issue of fees owed by plaintiff to its law firm, Tabner, Ryan & Keniry ("TRK") to The Hon. Paul E. Davison, U.S.M.J., for a Report and Recommendation.

    I thank the learned Magistrate Judge for his hard work and accept his Recommendation that TRK be paid for work performed during the period March 4, 2009 through September 28, 2009 in an amount totaling $23,195.40. The Court adopts the Report as its opinion. The Report has been filed under seal, and the Court agrees with the Magistrate Judge's determination that it ought to remain under seal, together with all supporting papers.

Dated: August 6, 2010

                                                                   U.S.D.J.

BY ECF TO ALL COUNSEL
BY FAX TO MAGISTRATE JUDGE DAVISON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/10